# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :        CASE NO:  17-12112-sr
     Jason D. Heer                       :
                                   :        CHAPTER 13
                    Debtor             :

---

## NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

---

**To:**    **Lancaster Red Rose Credit Union**

     Debtor, Jason D. Heer, has filed an objection to the Proof of Claim you have filed in this bankruptcy case.

     **<u>YOUR CLAIM MAY BE REDUCED, MODIFIED, OR ELIMINATED.</u>  YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE.**

     **IF YOU DO NOT WANT THE COURT TO ELIMINATE OR CHANGE YOUR CLAIM, YOU OR YOUR LAWYER MUST ATTEND THE HEARING ON THE OBJECTION, SCHEDULED TO BE HELD BEFORE THE HONORABLE STEPHEN RASLAVICH, ON August 23, 2017, AT 10:00 A. M., IN COURTROOM #4,UNITED STATES BANKRUPTCY COURT, ROBERT N.C. NIX, SR. FEDERAL COURTHOUSE, 900 MARKET STREET, PHILADLEPHIA, PENNSYLVANIA.  IF YOU OR YOUR ATTORNEY DO NOT ATTEND THE HEARING ON THE OBJECTION, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE OBJECTION TO YOUR CLAIM.**

                                                      **BURKE & HESS**

**Date: July 17, 2017**                   **/s/ Michael D. Hess**
                                                   **Michael D. Hess**
                                                   **1672 Manheim Pike**
                                                   **Lancaster, PA  17601**
                                                   **Attorney of the Debtor**