# UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE:**

| | | |
|---|---|---|
| | : | Case No. 17-12112-sr |
| **Jason D. Heer** | : | |
| | : | |
| Debtor(s) | : | Chapter 13 |

### PRAECIPE TO WITHDRAW OBJECTION TO LANCASTER RED ROSE CREDIT UNION (PROOF OF CLAIM #1)

**TO THE CLERK:**

    Kindly withdraw our Objection to Proof of Claim #1, Lancaster Red Rose Credit Union, which was filed on July 17, 2017, for the above captioned matter without prejudice.

RESPECTFULLY SUBMITTED,

BURKE & HESS

By:  /s/ Michael D. Hess
Michael D. Hess, Esquire
Attorney for Debtor
1672 Manheim Pike
Lancaster, PA  17601
(717) 391-2911