# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Jason D. Heer | CHAPTER 13 |
|                    Debtor | |
| PNC BANK, NATIONAL ASSOCIATION. | |
|                    Movant | |
|     vs. | NO. 17-12112 SR |
| Jason D. Heer          Debtor | |
| Theresa L. Hasselhan          Co-Debtor | 11 U.S.C. Sections 362 and 1301 |
| Frederick L. Reigle Esq.          Trustee | |

## **ORDER**

AND NOW, this _____ day of _____, 2017 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362 and 1301, are modified with respect to the subject premises located at 110 Hess Boulevard, Lancaster, PA 17601 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property. It is further ORDERED that the Co-Debtor stay is vacated.



9/14/17

United States Bankruptcy Judge Stephen Raslavich

Jason D. Heer
110 Hess Boulevard
Lancaster, PA 17601

Theresa L. Hasselhan
110 Hess Boulevard
Lancaster, PA 17601

Michael D. Hess Esq.
951 Rohrerstown Road, Suite 102 (VIA ECF)
Lancaster, PA 17601

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532