United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                         Case No. 17-12112-sr
Jason D. Heer                                                  Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: DonnaR          Page 1 of 2          Date Rcvd: Sep 21, 2017
                              Form ID: pdf900       Total Noticed: 18
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2017.

```
db              +Jason D. Heer,    110 Hess Boulevard,    Lancaster, PA 17601-4046
13952344        +Burke & Hess,    1672 Manheim Pike,    Lancaster, PA 17601-3028
13890221       ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court:  Capital One Bank,    15000 Capital One Drive,    Richmond, VA 23238)
13890222        +Designed Receivables,    1 Centerpointe Drive, Ste. 45,    La Palma, CA 90623-1052
13965599        +Lancaster Gen Hospital,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,
                 Dallas, TX 75380-0849
13890224        +Lancaster Red Rose Credit Union,    1010 Ne Holland Avenue,    Lancaster, PA 17601-5144
13890226        +PNC Bank,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
13981034        +PNC Bank, National Association,    c/o PNC Mortgage, a division of PNC Bank,    Attn: Bankruptcy,
                 3232 Newmark Drive,    Miamisburg, OH 45342-5421
13965352         US DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON, WI 53708-8973
13890227        +US Department of Education,    PO Box 7860,    Madison, WI 53707-7860
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: bankruptcy@phila.gov Sep 22 2017 01:40:34      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 22 2017 01:40:05
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 22 2017 01:40:28      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13937738        +E-mail/Text: bankruptcynotices@devry.edu Sep 22 2017 01:40:46      DeVry Inc.,
                 814 Commerce Drive,    Oak Brook, IL 60523-8822
13890223        +E-mail/Text: bknotice@erccollections.com Sep 22 2017 01:40:20      Enhanced Recovery Co. LLC,
                 8014 Bayberry Road,    Jacksonville, FL 32256-7412
13937739        +E-mail/Text: kspon@lasa.org Sep 22 2017 01:40:00      Lancaster Area Sewer Authority,
                 130 Centerville Road,    Lancaster Pa 17603-4007
13890225        +E-mail/Text: Bankruptcies@nragroup.com Sep 22 2017 01:40:52      National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
13957925         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 22 2017 01:45:35
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
                                                                                         TOTAL: 8

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2017                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 21, 2017 at the address(es) listed below:

```
         FREDERICK L. REIGLE   ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
         MATTEO SAMUEL WEINER   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR IN
          INTEREST TO NATIONAL CITY REAL ESTATE SERVICES, LLC, SUCCESSOR BY MERGER TO NATIONAL CITY
          MORTGAGE, INC., FORMERLY KNOWN AS NATIONAL CITY MORTGAGE CO. bkgroup@kmllawgroup.com
         MICHAEL D. HESS   on behalf of Debtor Jason D. Heer amburke7@yahoo.com
         POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
```

```
District/off: 0313-2          User: DonnaR          Page 2 of 2          Date Rcvd: Sep 21, 2017
                              Form ID: pdf900        Total Noticed: 18


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          REBECCA ANN SOLARZ    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR IN
           INTEREST TO NATIONAL CITY REAL ESTATE SERVICES, LLC, SUCCESSOR BY MERGER TO NATIONAL CITY
           MORTGAGE, INC., FORMERLY KNOWN AS NATIONAL CITY MORTGAGE CO. bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                              TOTAL: 6
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

       Jason D. Heer               :      Case No.:  17-12112-sr
                                 :
             Debtor(s)    :      Chapter 13

## ORDER

AND NOW, upon consideration of the Trustee's Motion to Dismiss Case and after notice and hearing, it is hereby ORDERED that:

1.     This Chapter 13 bankruptcy case is being DISMISSED.

2.     Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3.     Any wage orders previously entered are VACATED.

4.     Pursuant to 11 U.S.C. Section 349(b)(3). The undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to 11 U.S.C. Section 349 (b)(3).

5.     All applications for allowance of administrative expenses (including applicants for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6.     Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within 5 days of the entry of this Order.  Counsel shall file a certification of service confirming such service has been effected within fifteen (15) days of the entry of this Order.

By the Court:

_____
U.S. Bankruptcy Judge

Date: 9-20-17