UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Jason D. Heer  : CASE NO: 17-12112-sr
: CHAPTER 13
:
DEBTOR :

### ORDER

And now, this __16th__ day of __October__, 2017, upon consideration of the Fee application of Michael D. Hess, Esq., of Burke & Hess, Attorney for the above-captioned Debtor, and after Notice having been given to the Trustee, the United States Trustee's Office, and all other interested parties, with no outstanding objection, it is hereby:

ORDERED, that the application for fees is approved in the amount of $2,921.00 plus $58.53 for expense reimbursement.

_____
Judge Jean K. FitzSimon